AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____****_____ DISTRICT OF __NEVADA__

LUIS RAYMOND ORTEGA,

      Plaintiff,                  JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER:  **3:16-cv-00278-RCJ-WGC**

ROMEO ARANAS, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's February 16, 2017, order (ECF No. 4) and for failure to state a claim.

  _April 5, 2017_                                  **DEBRA K. KEMPI**
                                                         Clerk

                                                     _/s/  D. R. Morgan_
                                                       Deputy Clerk